

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00810-CR

Dorothy Jackson **HAYNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2226
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's pro se brief was originally due to be filed on December 27, 2018. Neither the brief nor a motion for extension of time to file the brief has been filed. Appellant is therefore ORDERED to respond to this court in writing within ten (10) days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant fails to file an adequate response within ten (10) days, this appeal will be abated to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

_Keith E. Hottle_
_____
KEITH E. HOTTLE,
Clerk of Court